FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 10 2012

James N. Hatten, Clerk
By: J Reid, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KH OUTDOOR, L.L.C., | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NO. 1:03-CV-1855-HTW |
| FULTON COUNTY, GEORGIA, | ) |
| Defendant. | ) |

## VERDICT FORM

1. **Actual Damages.** What sum of money will fairly and adequately compensate Plaintiff KH Outdoor, L.L.C. for the actual damages suffered as a result of Fulton County's failure to approve the 2003 sign applications:

$ _____

Please divide any amount you entered above into four portions:

(a). Damages resulting from the delay in approving the 11 sign sites in Sandy Springs from June 2003 through March 2006:

$ _____

(b). Damages resulting from the delay in approving the 11 sign sites in Sandy Springs from April 2006 through June 2011:

$_____

    (c). Damages resulting from the delay in approving the 21 sign sites outside of Sandy Springs from June 2003 through March 2006:

$_____

    (d). Damages resulting from the delay in approving the 21 sign sites outside of Sandy Springs from April 2006 through June 2011:

$_____

2. **General Damages.** If all or any portion of Plaintiff KH Outdoor, L.L.C.'s damages are difficult or impossible to measure, you may still make an award of money to compensate Plaintiff for such damages. If you deem any such general damages to be appropriate, please fill in the amount:

$     3,972,037.50

Please divide any amount you entered above into four portions:

    (a). General damages resulting from the delay in approving the 11 sign sites in the Sandy Springs area from June 2003 through March 2006:

$     993009.00

    (b). General damages resulting from the delay in approving the 11 sign sites in the Sandy Springs area from April 2006 through June 2011:

$     993,009.00

    (c). General damages resulting from the delay in approving the 21 sign sites outside of Sandy Springs from June 2003 through March 2006:

$     993,009.00

(d).   General damages resulting from the delay in approving the 21 sign sites outside of Sandy Springs from April 2006 through June 2011:

$ _____993,009.50_____

3.   **Nominal Damages.**  If you awarded any amounts above, please skip this question.  If you did not award any damages above, then Plaintiff KH Outdoor, L.L.C. is entitled to an award of nominal damages.  Please enter an amount of your choosing from $1 to $100:  $_____.

DATED: __8/10/12__          __Moanna Stewart__
                                        *Foreperson*