**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

```
KH OUTDOOR, LLC and          :
GRANITE STATE OUTDOOR        :
ADVERTISING, INC.,           :
                             :
     Plaintiffs,             : CIVIL ACTION
                             : FILE NO.  1:03-CV-1855-HTW
v.                           :
                             :
FULTON COUNTY, GEORGIA,      :
                             :
     Defendant.              :
_____ :
```

**MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE
ALTERNATIVE MOTION FOR NEW TRIAL OR REMITTITUR**

COMES NOW, Defendant Fulton County, Georgia, and moves this Court for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) or in the alternative, for a new trial pursuant to Federal Rule of Civil Procedure 59(2).  As additional or alternative relief, the Defendant seeks a substantial remittitur or offset of the verdict issued by the jury in this matter and made the Judgment of this Court on August 13, 2012.

In support of this Motion, the Defendant relies upon the Brief and Memorandum of Law attached hereto and filed contemporaneously herewith.

Respectfully submitted this 10th day of September, 2012.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
R. David Ware

County Attorney
Georgia Bar No. 737756

/s/ Steven E. Rosenberg, Esq.
Georgia Bar No. 614560
Steven.rosenberg@fultoncountyga.gov

/s/ Marvin J. Harkins, Esq.
Georgia Bar No. 326365
Marvin.harkins@fultoncountyga.gov

/s/ Kaye Woodard Burwell, Esq.
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov


Attorneys for Defendant Fulton County

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246
(404) 730-6324 (facsimile)

## CERTIFICATE OF COMPLIANCE AND SERVICE

This is to certify that I have this date presented this document in Courier New, 12 point type and that I have served a copy of the foregoing **MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL OR REMITTITUR** upon the following parties electronically via the CM/ECF system, and by first class mail, in a properly addressed envelope, addressed as follows:

E. Adam Webb, Esq.
Matthew Klase, Esq.
THE WEBB LAW GROUP, L.L.C.
1900 The Exchange S.E., Suite 480
Atlanta, GA 30339

Respectfully submitted this 10th day of September, 2012.

> **OFFICE OF THE FULTON COUNTY ATTORNEY**
> R. David Ware
> County Attorney
> Georgia Bar No. 737756
>
> s/ Steven E. Rosenberg
> Georgia Bar No. 614560
> Kaye.burwell@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246
(404) 730-6324 (facsimile)

P:\CALitigation\ECD\KH Outdoor v. Fulton - 1-03-cv-1855\Post Trial Motions\9.10.12 Motion for Judgment Notwithstanding and New Trial.docx